AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 28, 2021

SEAN F. McAVOY, CLERK

ENRIQUE P.

_____
*Plaintiff*

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL
SECURITY,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:20-cv-03092-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Parties' Stipulated Motion for Remand (ECF No. 26) is GRANTED.
Matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceeding
pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment (ECF No. 19) is STRICKEN AS MOOT.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   MARY K. DIMKE _____ on a motion for

Remand (ECF No. 26).

Date:  05/28/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____